## FIRST DISTRICT.

---

**Ralph A. Drain, appellee, v. La Grange State Bank, appellant. Gen. No. 25,921.**

Action in trover for the wrongful conversion of an automobile belonging to plaintiff. Judgment for plaintiff for $1,000. Appeal from

the County Court of Cook county; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. McSurely, J., specially concurring. Matchett, J., dissenting. Opinion filed December 19, 1921. Rehearing denied January 3, 1922.

Jesse E. Roberts and Roberts & Swain, for appellant; Aaron Sable, of counsel. Knapp & Campbell, for appellee; John R. Nicholson, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.